UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

In Re: Amorello, Peter L.

Case Number: 05-60025 JBR

Chapter: 7

MOVANT/APPLICANT/PARTIES

[21] Certificate of Credit Counseling

**COURT ACTION:**

**Show Cause Order** _____ Released  _____ Enforced
_____ Granted       _____ Approved  _____ Moot
_____ Denied        _____ Denied without Prejudice
_____ Withdrawn in Open Court
_____ Sustained     _____ Overruled
_____ Continued to: _____
_____ Proposed Order to be Submitted by: _____
_____ Stipulation to be Submitted by: _____
_____ Taken Under Advisement

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

At the hearing on the written Certificate Debtor's counsel acknowledged that although Debtor was disabled, he was able to participate by telephone in a briefing required by 11 U.S.C. §109(h)(1). Counsel was given 15 days to file any memo of law or affidavit concerning §109 - none has been filed. As the Debtor has not demonstrated "exigent circumstances" and "unavailability" of counseling, both as required under 11 U.S.C. §109(h)(3), the Court has no choice but to dismiss this case. Case DISMISSED.

SO ORDERED:

_Joel B. Rosenthal_    Dated: 12/20/05
Joel B. Rosenthal